J. WALLWORTH'S SONS, INC.

*vs.*

DANIEL E. CUMMINGS CO.

Somerset County. Decided July 24, 1937. The report of this case is discharged, on mutual request of counsel, that the present record may be supplemented, in the court below, by the introduction into the evidence of such statute provisions as, in the sister

state of Pennsylvania, relate to contracts to sell and sales of personal property. It is so ordered. *Bernard Gibbs*, for plaintiff. *James H. Thorne*, for defendant.